## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | | |
|---|---|---|
| MATTHEW LAUZON, | ) | |
| | ) | |
| Plaintiff | ) | DOCKET NO: CV-16-_____ |
| | ) | |
| vs. | ) | |
| | ) | |
| STEPHEN DODD, | ) | |
| ROGER BEAUPRE, and | ) | |
| CITY OF BIDDEFORD | ) | |
| | ) | |
| Defendants | ) | |

## DEMAND FOR JURY TRIAL

NOW COMES Defendants Roger Beaupre and City of Biddeford, by and through their attorney Michael E. Saucier and hereby demands trial by jury.

| | |
|---|---|
| Walter McKee, Esq.<br>McKee Billings, LLC, PA<br>133 State Street<br>Augusta, ME  04330 | John S. Whitman, Esq.<br>Richardson Whitman Large & Badger<br>PO Box 9545<br>Portland, ME  04112-9545 |

　　　　　　　　　　　　　　　　 */s/Michael E. Saucier*
　　　　　　　　　　　　　　　　　Michael E. Saucier, Esq.
　　　　　　　　　　　　　　　　**THOMPSON & BOWIE, LLP**
　　　　　　　　　　　　　　　　Three Canal Plaza
　　　　　　　　　　　　　　　　P.O. Box 4630
　　　　　　　　　　　　　　　　Portland, ME  04112
　　　　　　　　　　　　　　　　msaucier@thompsonbowie.com

**THOMPSON & BOWIE, LLP**
Three Canal Plaza
P. O. Box 4630
Portland, ME  04112
(207) 774-2500

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

CERTIFICATE OF SERVICE

I hereby certify that on February 2, 2016, I electronically filed Demand for Jury Trial with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

| | |
|---|---|
| Walter McKee, Esq.<br>McKee Billings, LLC, PA<br>133 State Street<br>Augusta, ME  04330 | John S. Whitman, Esq.<br>Richardson Whitman Large & Badger<br>PO Box 9545<br>Portland, ME  04112-9545 |

Dated at Portland, Maine, this 2nd day of February, 2016.

                                                 */s/Michael E. Saucier*
                                                 Michael E. Saucier, Esq.
                                                 **THOMPSON & BOWIE, LLP**
                                                 Three Canal Plaza
                                                 P.O. Box 4630
                                                 Portland, ME  04112
                                                 msaucier@thompsonbowie.com

**THOMPSON & BOWIE, LLP**
Three Canal Plaza
P. O. Box 4630
Portland, ME  04112
(207) 774-2500