# United States Court of Appeals
## For the First Circuit

---

No. 19-1968

MATTHEW LAUZON,

Plaintiff - Appellant,

v.

ROGER BEAUPRE, individually and in his official capacity as Chief of Police for the Biddeford Police Department; CITY OF BIDDEFORD,

Defendants - Appellees,

STEPHEN DODD,

Defendant.

---

Before

Thompson, Lipez and Kayatta,
<u>Circuit Judges</u>.

---

**JUDGMENT**

Entered: May 8, 2020

Upon consideration of plaintiff-appellant Matthew Lauzon's unopposed motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b) with each party to bear its own costs.


By the Court:

Maria R. Hamilton, Clerk


cc:
Walter F. McKee, Matthew D. Morgan, Kurt Peterson, Joseph Linwood Cahoon Jr., Michael E. Saucier