## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MAINE

| | |
|---|---|
| MATTHEW LAUZON,<br>　　　Plaintiff,<br><br>v.<br><br>ROGER BEAUPRE, ET AL.<br>　　　Defendants | )<br>)<br>)<br>)<br>) Case No.: 2:16-CV-51<br>)<br>)<br>)<br>) |

## STIPULATION OF DISMISSAL

NOW COME the parties and hereby stipulate to the dismissal of the above captioned matter with prejudice and without costs to any party.


Date:　July 6, 2020　　　　　　　　　　　　/s/ *Walter McKee*_____
　　　　　　　　　　　　　　　　　　　　　WALTER F. MCKEE
　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　　　　McKee Law, P.A.
　　　　　　　　　　　　　　　　　　　　　133 State Street
　　　　　　　　　　　　　　　　　　　　　Augusta, ME.  04330
　　　　　　　　　　　　　　　　　　　　　207-620-8294

　　　　　　　　　　　　　　　　　　　　　/s/ *Joseph Cahoon Jr.*_____
　　　　　　　　　　　　　　　　　　　　　JOSEPH CAHOON, Jr.
　　　　　　　　　　　　　　　　　　　　　Richardson, Whitman, Large & Badger
　　　　　　　　　　　　　　　　　　　　　P.O. Box 9545
　　　　　　　　　　　　　　　　　　　　　Portland, ME 04112-9545
　　　　　　　　　　　　　　　　　　　　　207-774-7474

## CERTIFICATE OF SERVICE

      This is to certify that on the above-referenced date Stipulation of Dismissal was served on all parties via electronic mail.

Date: July 6, 2020

                                            /s/Walter F. McKee
                                            Walter F. McKee
                                            Attorney for Plaintiff
                                            MCKEE LAW, P.A.
                                            133 State Street
                                            Augusta, ME  04330
                                            wmckee@mckeelawmaine.com

                                            /s/ *Joseph Cahoon Jr.*
                                            JOSEPH CAHOON, Jr.
                                            Richardson, Whitman, Large & Badger
                                            P.O. Box 9545
                                            Portland, ME 04112-9545
                                            207-774-7474
                                            jcahoon@rwlb.com